IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  DARRELL W CORDLE  
       DIANE E CORDLE  
       1091 Granville Rd  
       Newark, OH  43055

Case No: 10-50582

Chapter 13

Judge: C KATHRYN PRESTON

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on January 22, 2010.  
The plan was confirmed on May 13, 2010.  
The Case was concluded on April 09, 2013.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:      12,870.84

DISBURSEMENTS TO CREDITORS:  
DIVIDEND TO UNSECURED: 3.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Bac Home Loans Servici  00001    Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA  00010    Secured | 650.98 | 650.98 | 3.54 | 0.00 |
| CAPITAL ONE NA  10010    Unsecured | 6.40 | 0.00 | 0.00 | 6.40 |
| CHASE AUTO FINANCE  00002    Secured-PMSI | 12,392.52 | 6,794.94 | 1,880.14 | 5,597.58 |
| DARRELL W CORDLE  00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS  00007    Unsecured | 2.44 | 0.00 | 0.00 | 2.44 |
| DIANE E CORDLE  00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK  00006    Unsecured | 212.03 | 0.00 | 0.00 | 212.03 |
| FIRST NATIONAL BANK OF OMAHA  00008    Unsecured | 225.70 | 0.00 | 0.00 | 225.70 |
| HUNTINGTON BANK  00003    Unsecured | 417.30 | 0.00 | 0.00 | 417.30 |
| Midland Funding LLC  00009    Unsecured | 5.03 | 0.00 | 0.00 | 5.03 |
| PRA REC AGENT OF PORTFOLIO  00011    Unsecured | 63.95 | 0.00 | 0.00 | 63.95 |
| PRA REC AGENT OF PORTFOLIO  00012    Unsecured | 109.47 | 0.00 | 0.00 | 109.47 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-50582    DARRELL W CORDLE and DIANE E CORDLE

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| PRA REC AGENT OF PORTFOLIO 00005    Unsecured | 223.72 | 0.00 | 0.00 | 223.72 |
| SECURITY FIRST CAPITAL 00013    Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Vanda LLC 00004    Unsecured | 144.37 | 0.00 | 0.00 | 144.37 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 13,043.50 | 0.00 | 47,013.70 | 0.00 | 0.00 | 60,057.20 |
| PRIN PAID | 7,445.92 | 0.00 | 0.00 | 0.00 | 0.00 | 7,445.92 |
| INT PAID | 1,883.68 | 0.00 | 0.00 | 0.00 | | 1,883.68 |
| | | | | | TOTAL PAID: | 9,329.60 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Robert D Bergman | 3,000.00 | 3,000.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 535.69 | 0.00 | 5.55 | 541.24 |

Dated:  05/07/2013

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  DARRELL W CORDLE                                              Case No: 10-50582
        DIANE E CORDLE
        1091 Granville Rd                                                    Chapter 13
        Newark, OH  43055

        Judge: C KATHRYN PRESTON

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700